**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 30, 2012
JOHN LEY
CLERK

No. 09-12717

(D.C. Docket No. 05-00369-CV-RH)

MICHAEL DUANE ZACK, III,

Petitioner-Appellant,

versus

KENNETH S. TUCKER,
PAM BONDI,

Respondents-Appellees.

--------------------------
On Appeal from the United States District Court for the
Northern District of Florida
--------------------------

(Opinion January 9, 2012, 666 F.3d 1265, 11th Cir. 2012)

(April 30, 2012)

Before DUBINA, Chief Judge, TJOFLAT, EDMONDSON, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR, MARTIN, and JORDAN, Circuit Judges.

B Y   T H E   C O U R T :

A member of this Court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.